UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANTHONY DAVIS,<br><br>　　　　　　　　Plaintiff<br>v.<br>THE STATE OF NEVADA, et al.,<br><br>　　　　　　　　Defendants | Case No. 2:24-cv-01832-GMN-DJA<br><br>ORDER |

  Pro se plaintiff James Davis brings this civil-rights action to redress constitutional violations that he allegedly suffered while incarcerated at Clark County Detention Center ("CCDC"). (ECF No. 1-1). On October 9, 2024, Plaintiff's mail from this Court was returned as undeliverable, noting that Plaintiff is no longer housed at CCDC. (ECF No. 3). But Plaintiff has not filed his updated address with the Court. Plaintiff is advised that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. LR IA 3-1. And the failure to do so "may result in the dismissal of the action, entry of default judgment, or other sanctions deemed appropriate by the court." *Id.*

  It is therefore ordered that Plaintiff has **until November 20, 2024** to file his updated address with the Court.

  It is further ordered that if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.

  DATED THIS 21st day of October 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE